UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MAURICE WAUGH                                               CIVIL ACTION

versus                                                      NO. 14-1735

WARDEN WINDHAM                                              SECTION: "E" (3)

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal habeas corpus relief filed by **Maurice Waugh** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of February, 2016.

_____
**UNITED STATES DISTRICT JUDGE**